UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re
**Ruth Douglass-Catherwood and**
**Robert E. Catherwood,**                                     Chapter 7
        Debtors                                     Case No. 10-16722-WCH

## ORDER

      This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that Household Finance Corporation II, its Successors and/or Assigns, Motion for Relief From Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose of the mortgage given by Ruth E. Catherwood aka Ruth E. Douglass, trustee of the Corliss Avenue Realty Trust, t o Household Finance Corporation II, dated January 26, 2006 and recorded with the Essex County (Southern District) Registry of Deeds at Book 25326, Page 167 and which covers the premises located at 19 Corliss Avenue, Gloucester, MA 01930, and may exercise its rights under said Mortgage, and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law.

*[signature: William P. Hillman]*

William Hillman
United States Bankruptcy Judge

Dated: August 18, 2010